**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| **IN RE MEDTRONIC, INC., SPRINT FIDELIS LEAD PRODCUTS LIABILITY LITIGATION** | MDL No. 08-1905 (RHK/JSM)<br><br>**COMPLAINT BY ADOPTION FOR INDIVIDUALS**<br><br>**JURY TRIAL DEMANDED** |

JOSEPH PACHECO, Individually and as Personal Representative for the Estate of ELIZABETH PACHECO,

Plaintiff,

-against-

MEDTRONIC, INC.,

Defendant,

## COMPLAINT BY ADOPTION

1. Plaintiff, Joseph Pacheco, Individually and as Personal Representative for the Estate of Elizabeth Pacheco, states his claims against Defendant, indicated below, and incorporates by reference the relevant portions of the Master Consolidated Complaint for Individuals (the "Master Complaint") on file with the Clerk of the Court for the United States District Court for the District of Minnesota in the matter entitled In Re

MEDTRONIC, INC., SPRINT FIDELIS LEAD PRODUCT LIABILITY LITIGATION, Docket # MDL No. 08-1905 (RHK/JSM).

2. Decedent Elizabeth Pacheco, was a citizen and resident of Rainsville, New Mexico and claims damages as set forth below.

a. Plaintiff_Joseph Pacheco_, is a citizen and resident of Rainsville, New Mexico, and claims damages for loss of consortium. [Not Applicable: _______]

**ALLEGATIONS AS TO INJURIES**

3. Decedent Elizabeth Pacheco suffered injuries as a result of having been implanted with the following Sprint Fidelis Lead (the "Lead") manufactured by Defendant:

1. Model Number 6931, Serial Number LFL003925V

Defendant, listed below, by its actions or inactions proximately caused Plaintiff's injuries.

4. As a result of the injuries that Decedent sustained, Plaintiff is entitled to recover compensatory, equitable and/or other relief.

5. On August 5, 2005, Decedent had the above referenced Lead implanted by T. Duncan Sellers, Jr., MD at Memorial Hospital in Colorado Springs, Colorado.

6. Decedent experienced inappropriate shocks as a result of the Lead(s). These shocks occurred on or around ___________ date (if known). [Not Applicable: __X__ ]

7. On _________ Decedent had the above-referenced Lead(s) explanted by ________ at ________. [Not Applicable: __X__ ]

8. As a result of the Lead(s), Plaintiff suffered injury and damages as set forth in the Master Complaint.

9. To the extent that this Complaint by Adoption includes a claim for loss of consortium, Plaintiff_Joseph Pacheco__ is entitled to recover compensatory, equitable and/or other relief. [Not Applicable: _____ ]

## ALLEGATIONS AS TO DEFENDANTS

10. The following entity is named as Defendant herein and the allegations with regard thereto in the Master Complaint are herein adopted by reference.

__X__ MEDTRONIC, INC.

__X__ MEDTRONIC PUERTO RICO, INC., (N/K/A MEDTRONIC INTERNATIONAL TECHNOLOGY, INC.),

__X__ MEDTRONIC PUERTO RICO OPERATIONS CO.

_____ OTHER

## SPECIFIC ALLEGATIONS AND THEORIES OF RECOVERY

11. The following claims and allegations asserted in the Master Complaint and the allegations with regard thereto in the Master Complaint are herein adopted by reference:

___X___ INTRUCTION;

___X___ PARTIES;

___X___ JURISDICTION AND VENUE;

___X___ FACTUAL ALLEGATIONS;

___X___ COUNT ONE (Strict Liability – Failure to Warn and Instruct);

___X___ COUNT TWO (Strict Liability – Manufacturing Defect);

___X___ COUNT THREE (Negligence);

___X___ COUNT FOUR (Negligence Per Se);

___X___ COUNT FIVE (Breach of Implied Warranty);

___X___ COUNT SIX (Breach of Express Warranty);

___X___ COUNT SEVEN (Negligent Misrepresentation);

___X___ COUNT EIGHT (Intentional Misrepresentation);

___X___ COUNT NINE (Fraud);

___X___ COUNT TEN (Constructive Fraud);

___X___ COUNT ELEVEN (Violation of Minnesota False Statements in Advertising Act);

___X___ COUNT TWELVE (Violation of the Minnesota Deceptive Trade Practice Act);

___X___ COUNT THIRTEEN (Violation of the Minnesota Prevention of Consumer Fraud Act);

___X___ COUNT FOURTEEN (Violation of the Senior Citizen and Handicapped Person Consumer Fraud Act, Minnesota Statute 325F.71);

___X___ COUNT FIFTEEN (Negligent Infliction of Emotional Distress);

___X___ COUNT SIXTEEN (Loss of Consortium);

___X___ COUNT SEVENTEEN (Wrongful Death, Minn. Stat. §573.02(1));

___X___ COUNT EIGHTEEN (Survival Action, Minn. Stat. §573.02(2));

_______ COUNT NINTEEN (Medical Monitoring);

___X___ COUNT TWENTY (Unjust Enrichment);

___X___ COUNT TWENTY ONE (Medicare Secondary Payer Act);

_______ COUNT TWENTY TWO (State Law Specific Cause of Action or Other Cause of Action to be set forth on an attached document and incorporated by reference).

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff seeks judgment favor against Defendant as follows:

1. Economic and non-economic damages in an amount in excess of $75,000 as provided by law and to be supported by the evidence at trial;

2. For the equitable relief requested;

3. For compensatory damages according to proof;

4. For all applicable statutory damages under the Medicare Secondary Payer Act and the applicable consumer protection legislation;

5. For declaratory judgment that Defendant is liable to Plaintiff for all evaluative, diagnostic, preventative, and corrective medical, surgical, and incidental expenses, costs and losses caused by Defendant's wrongdoing;

6. For disgorgement of profits;

7. For an award of attorneys' fees and costs;

8. For prejudgment interest and the costs of suit; and

9. For such other and further relief as this Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury as to all claims in this action.

Date: October 6, 2008

Respectfully submitted:
Plaintiff's Counsel

s/ Steven D. Davis

Steven D. Davis #6281263
SIMMONSCOOPER LLC
707 Berkshire Blvd., P.O. Box 521
East Alton, Illinois 62024
(618) 259-2222 - Telephone
(618) 259-2251 - Facsimile

**PROOF OF SERVICE**

I further certify that a copy of this Complaint has been sent via electronic mail to:

Plaintiff's Counsel:

Dianel E. Gustafson
dgustafson@gustafsongluek.com
Gustafson Gluek PLLC
650 Northstar East
608 Second Avenue South
Minneapolis, MN 55402
Tel: (612) 333-8844
Fax: (612) 339-6622

Robert K. Shelquist
rkshelquist@locklaw.com
Lockridge Grindal Nauen PLLP
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401
Tel: (612) 339-6900
Fax: (612) 339-0981

Defendants' Counsel:

George W. Soule
George.soule@msp.bowmanandbrooke.com
Melissa R. Stull
Melissa.stull@msp.bowmanandbrooke.com
Bowman and Brooke LLP
150 South Fifth Street, Suite 3000
Minneapolis, MN 55402
Tel: (612) 339-8682

Daniel L. Ring
DRing@mayerbrown.com
William Asher
washer@mayerbrown.com
Mayer Brown LLP
71 S. Wacker Drive
Chicago, IL 60606
Tel: (312) 701-8520
Fax: (312) 701-7711

SimmonsCooper LLC
Attorneys for Plaintiffs

s/ Steven D. Davis
By: STEVEN D. DAVIS

Dated: October 6, 2008